FILED

SEP 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DUKE PARTNERS II LLC, | No. 16-56273 |
| Plaintiff-Appellee, | D.C. No. 5:16-cv-01785-PA-SP |
| v. | Central District of California, Riverside |
| ELLIOTT ROMAN RODRIGUEZ and DOES, 1 to 10, | |
| Defendants-Appellants. | ORDER |

Before: WARDLAW and N.R. SMITH, Circuit Judges.

We deny appellant's emergency motion to stay the district court's remand order pending appeal (Docket Entry No. 2). *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Briefing remains stayed pending further order of the court.

DA/Pro Se